**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael Alexander McLEAN,**
**Defendant–Appellant.**

No. 00–4904.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, NC, for appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Mary Jude Darrow, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Following his conviction and sentence for unlawful possession of a weapon by a convicted felon, 18 U.S.C.A. § 922(g) (West 2000), Rafael A. McLean appeals from the district court's order denying his motion to suppress evidence of his possession of a firearm. He contends that the officer did not have reasonable suspicion to stop him, and therefore the discovery of the gun was in violation of the Fourth Amendment. We have reviewed the record on appeal and the parties' briefs and find no reversible error. *See United States v.. Sokolow,* 490 U.S. 1, 9, 109 S.Ct. 1581, 104 L.Ed.2d 1 (1989). Accordingly, we affirm the district court's order denying McLean's motion to suppress. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*